JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.     **ED CV 19-2003-JFW(SPx)**                                Date:  January 14, 2020

Title:       Jose Madriz -*v*- Mission Village Shopping Center, L.P., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                              None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER DISMISSING ACTION WITHOUT PREJUDICE**


        As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of December 13, 2019, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for January 27, 2020, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_